**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00893-CV

**REFUGIO GOMEZ, ET AL., Appellants**

**V.**

**LY SOL, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06613-D**

## ORDER

We **GRANT** court reporter Coral L. Hough's September 5, 2014 request for extension of

time to file record and **ORDER** the reporter's record be filed no later than September 26, 2014.

/s/    ELIZABETH LANG-MIERS
         JUSTICE